

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00078-CV

IN THE MATTER OF JENNIFER NICOLE HINES AND
SAMANTHA LUE HAWTHORN-NORTON AND
IN THE INTEREST OF C.C.H. AND D.M.-H., MINOR CHILDREN

On Appeal from the County Court at Law
Lamar County, Texas
Trial Court No. 91997

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Samantha Lue Hawthorn-Norton, appellant, filed a notice of appeal in this matter on October 9, 2023. Appellant has not filed a docketing statement in accordance with Rule 32.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 32.1. Further, appellant has not tendered the mandatory $205.00 filing fee associated with the appeal, *see* TEX. R. APP. P. 5, and has not filed proof of indigency in lieu of a filing fee, *see* TEX. R. APP. P. 20.1.

"A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just." TEX. R. APP. P. 5.

By letter dated November 3, 2023, appellant was provided with notice of and an opportunity to cure these defects. *See* TEX. R. APP. P. 42.3(b), (c). The clerk's letter further warned appellant that, if she did not submit an adequate response to the notice by November 13, 2023, this appeal would be subject to dismissal for want of prosecution and for failure to comply with the above-cited rules. Appellant did not file a docketing statement, did not pay the mandatory filing fee, and did not file proof of indigency in lieu of a filing fee. Further, we received no communication from appellant responsive to the November 3 correspondence. Accordingly, this appeal is ripe for dismissal.

Pursuant to Rule 42.3, subsections (b) and (c), of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.


                                         Charles van Cleef
                                         Justice

Date Submitted:     November 29, 2023
Date Decided:       November 30, 2023